IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY JOSEPH THATCHER                                                              PLAINTIFF

V.                                  CASE NO. 5:24-CV-5070

SHERIFF SHAWN HOLLOWAY,
Benton County, Arkansas;
LIEUTENANT GREG HOBELMAN,
Benton County Detention Center (BCDC);
and LIEUTENANT TYLER ROSS, BCDC                                                    DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 36) filed in this case on April 21, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** based on Plaintiff's intentional failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 9th day of May, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE